■ In the Matter of DOYLE & DOYLE, INC., Respondent, v EDWARD RUSH et al., Appellants. [661 NYS2d 524] —In a proceeding pursuant to CPLR article 78 to review a determination of the Zoning Board of Appeals of the Town of Southampton dated February 2, 1995, which, *inter alia,* denied the petitioner's application for a certificate of occupancy as a nightclub/bar/restaurant, Edward Rush, Barbara Labrador, Beth Wickey, Vincent Connuscio, and Steven Halsey, constituting the Zoning Board of Appeals of the Town of Southampton, appeal from a judgment of the Supreme Court, Suffolk County (Rohl, J.), entered June 17, 1996, which, *inter alia,* granted the petition and directed the Zoning Board of Appeals of the Town of Southampton to grant the petitioner's application for a certificate of occupancy as a nightclub/bar/restaurant.

Ordered that the judgment is affirmed, without costs or disbursements.

Contrary to the appellants' contention, the record establishes that the premises at issue was operated as a nightclub prior to the enactment of the relevant zoning ordinance and therefore, constituted a preexisting, nonconforming use *(see,* 1 Anderson, New York Zoning Law and Practice § 6.02, at 199 [3d ed]). Accordingly, the petition was properly granted.

The appellants' remaining contentions are without merit. Rosenblatt, J. P., Thompson, Pizzuto and Altman, JJ., concur.